IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants | Case No. 1:21-cv-00475-DAD-SAB <br><br> ORDER GRANTING JOINT STIPULATION FOR 120-DAY STAY |

The Center for Biological Diversity, Friends of the Earth, and Sierra Club ("Plaintiffs") filed this action on March 22, 2021, seeking declaratory and injunctive relief. (ECF No. 1.) On May 21, 2021, a stipulation was filed for this action to be stayed 120 days will the parties attempt resolution of the action.

Accordingly, IT IS HEREBY ORDERED that:

1. The joint stipulation for a 120 day stay is approved and all parties shall comply with its provisions;
2. This matter is STAYED for one hundred twenty (120) days from the date of entry of this order;
3. Defendants' SHALL FILE a responsive pleading on or before **September 20, 2021**;

1

4. The mandatory scheduling conference set for July 20, 2021 is CONTINUED to **December 2, 2021, at 10:30 a.m**. in Courtroom 9; and

5. The parties SHALL FILE a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**May 24, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE