# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00475-DAD-SAB<br><br>ORDER CONTINUING STAY OF ACTION AND EXTENDING DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING<br><br>(ECF Nos. 8, 9) |

       The Center for Biological Diversity, Friends of the Earth, and Sierra Club ("Plaintiffs") filed this action on March 22, 2021, seeking declaratory and injunctive relief. (ECF No. 1.) On May 24, 2021, pursuant to the parties' stipulation, this action was stayed for 120 days while the parties attempted to reach a resolution of the action. (ECF Nos. 7, 8.) The stay order also continued the scheduling conference until December 2, 2021. (ECF No. 8.) On September 20, 2021, the parties' filed a stipulation to further continue the stay of this action for a period of 60 days, and to extend the time for Defendants to file a responsive pleading until November 19, 2021. (ECF No. 9.) According to the stipulation, the parties have exchanged settlement proposals and most recently, the Defendants have responded to Plaintiffs' counteroffer on September 17, 2021, and additional time is needed for Plaintiffs to complete the review and further discuss the proposal. (Id.) Additionally, settlement discussions are more complex due to

1

the related action <u>Center for Biological Diversity, et al. v. United States Bureau of Land Management, et al.</u>, No. 2:20-CV-00371 DSF (C.D. Cal., filed Jan. 14, 2020) (<u>Id.</u>)  The Court finds good cause to continue the stay of this action.

Accordingly, pursuant to the parties' stipulation and finding good cause, IT IS HEREBY ORDERED that:

1. The stay of this matter shall be CONTINUED for a period of sixty (60) days from the date of entry of this order; and
2. Defendants shall file a responsive pleading on or before November 19, 2021.

IT IS SO ORDERED.

Dated:   **September 21, 2021**

UNITED STATES MAGISTRATE JUDGE