# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>US BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants. | Case No. 1:21-cv-00475-DAD-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS RESPOND TO COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF No. 11) |

On November 19, 2021, the parties filed a stipulated request to extend the time for Defendants to file a responsive pleading.  (ECF No. 11.)  The parties seek to extend the deadline for sixty days to January 18, 2022, to continue settlement discussions between the parties, which are complex due to the number of parties and related cases involved.  The Court finds good cause exists to approve the stipulated request.  The Court shall also continue the scheduling conference set for December 2, 2021, to February 1, 2022.

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants shall file a pleading responsive to the complaint on or before **January 18, 2022**;

1

2. The scheduling conference set for December 2, 2021, is CONTINUED to **February 1, 2022, at 10:00 a.m.** in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **November 19, 2021**

UNITED STATES MAGISTRATE JUDGE

2