# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>US BUREAU OF LAND MANAGEMENT, et al.,<br><br>　　　　　Defendants. | Case No.  1:21-cv-00475-DAD-SAB<br><br>ORDER RE STATUS OF ACTION<br><br>FIVE DAY DEADLINE<br><br>(ECF No. 12) |

On November 21, 2021, pursuant to the parties' stipulation, the Court extended the deadline for Defendants to file a responsive pleading until January 18, 2022, and continued the scheduling conference in this matter until February 1, 2022. (ECF No. 12.)  The deadline for Defendants to file a responsive pleading has now expired and no responsive pleadings have been filed.

Accordingly, IT IS HEREBY ORDERED that within **five days** of entry of this order, Plaintiffs shall either file a request for entry of default or a status report.

IT IS SO ORDERED.

Dated:   **January 20, 2022**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1