# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>US BUREAU OF LAND MANAGEMENT, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00475-DAD-SAB<br><br>ORDER RE FOURTH STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF No. 14) |

On January 20, 2022, the Court noted the deadline for Defendants to file a responsive pleading to the complaint had expired and directed Plaintiffs to file a request for entry of default or for the parties to file a status report. (ECF No. 13.) On January 21, 2022, the parties filed a status report and stipulated request to extend the time for Defendants to file a responsive pleading. (ECF No. 14.) The parties seek to extend the deadline for thirty days to February 21, 2022, to continue settlement discussions between the parties, which are complex due to the number of parties and related cases involved. The Court finds good cause exists to approve the stipulated request. The Court shall also continue the scheduling conference set for February 1, 2022, to March 28, 2022.

///

///

///

1

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants shall file a pleading responsive to the complaint on or before **February 21, 2022**;

2. The scheduling conference set for February 1, 2022, is CONTINUED to **March 28, 2022, at 11:30 a.m.** in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **January 21, 2022**

UNITED STATES MAGISTRATE JUDGE