# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00475-DAD-SAB<br><br>ORDER CONTINUING STAY OF ACTION AND VACATING SCHEDULING CONFERENCE<br><br>(ECF No. 16) |

The Center for Biological Diversity, Friends of the Earth, and Sierra Club ("Plaintiffs") filed this action on March 22, 2021, seeking declaratory and injunctive relief. (ECF No. 1.) On May 24, 2021, pursuant to the parties' stipulation, this action was stayed for 120 days while the parties attempted to reach a resolution of the action, made more complex due to the related action <u>Center for Biological Diversity, et al. v. United States Bureau of Land Management, et al.</u>, No. 2:20-CV-00371 DSF (C.D. Cal., filed Jan. 14, 2020). (ECF No. 8.) The stay and time for Defendants to file a responsive pleading was further continued on September 22, 2021, November 21, 2021, and January 24, 2022. (ECF Nos. 10, 12, 15.) A scheduling conference is currently set for March 28, 2022. (ECF No. 15.)

On February 22, 2022, the parties filed a stipulation for a further 30 day extension of the stay and time for Defendants to file a responsive pleading. (ECF No. 16.) The parties proffer

that the Plaintiffs are currently reviewing a draft settlement agreement sent by Defendants on February 18, 2022. The Court finds good cause to extend the stay of this action to allow the parties to finalize a settlement agreement.

Accordingly, pursuant to the parties' stipulation and finding good cause, IT IS HEREBY ORDERED that:

1. The stay of this matter shall be CONTINUED until March 25, 2022;
2. The parties shall file a status report within seven days after the expiration of the stay; and
3. The scheduling conference currently set for March 28, 2022, is VACATED.

IT IS SO ORDERED.

Dated: __**February 23, 2022**__                            _____
                                                              UNITED STATES MAGISTRATE JUDGE