# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00475-DAD-SAB<br><br>ORDER RE: STIPULATION TO CONTINUE STAY OF ACTION<br><br>(ECF No. 18) |

The Center for Biological Diversity, Friends of the Earth, and Sierra Club ("Plaintiffs") filed this action on March 22, 2021, seeking declaratory and injunctive relief. (ECF No. 1.) On May 24, 2021, pursuant to the parties' stipulation, this action was stayed for 120 days while the parties attempted to reach a resolution of the action, made more complex due to the related action Center for Biological Diversity, et al. v. United States Bureau of Land Management, et al., No. 2:20-CV-00371 DSF (C.D. Cal., filed Jan. 14, 2020). (ECF No. 8.) The stay has been continued multiple times for that purpose. (See ECF Nos. 10, 12, 15, 17.)

On April 1, 2022, the parties filed a stipulation for a further 45-day extension of the stay.[1] (ECF No. 18.) The parties proffer they have engaged in fruitful settlement negotiations and

---

[1] The caption of the parties' pleading appears to seek a 30-day extension of the stay; however, the body of the stipulation repeatedly references a 45-day extension, which is presumably the intended duration of the request.

1

exchanged multiple settlement proposals.  The parties further proffer they have reached majority agreement on the substantive terms, have drafted an agreement in principle, and seek additional time to complete discussion on "a few last remaining issues."  The Court finds good cause to extend the stay of this action to allow the parties to finalize a settlement agreement.

Accordingly, pursuant to the parties' stipulation and finding good cause, IT IS HEREBY ORDERED that:

1. The stay of this matter shall be CONTINUED until **May 16, 2022**; and
2. The parties shall file a status report **within seven (7) days** after the expiration of the stay.

IT IS SO ORDERED.

Dated:   **April 4, 2022**

UNITED STATES MAGISTRATE JUDGE