# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants. | Case No.  1:21-cv-00475-DAD-SAB <br><br> ORDER GRANTING: STIPULATED MOTION TO CONTINUE STAY OF ACTION <br><br> (ECF No. 24) |

    The Center for Biological Diversity, Friends of the Earth, and Sierra Club ("Plaintiffs") filed this action on March 22, 2021, seeking declaratory and injunctive relief.  (ECF No. 1.)  On May 24, 2021, pursuant to the parties' stipulation, this action was stayed for 120 days while the parties attempted to reach a resolution of the action, made more complex due to the related action Center for Biological Diversity, et al. v. United States Bureau of Land Management, et al., No. 2:20-CV-00371 DSF (C.D. Cal., filed Jan. 14, 2020), which challenges the Bakersfield Field Office's Supplemental Environmental Impact Statement, and involvement of multiple parties across the cases.  (ECF No. 8.)  The stay has been continued multiple times for that purpose.  (See ECF Nos. 10, 12, 15, 17, 19, 21, 23.)

    On July 14, 2022, the parties filed a stipulation for a further fourteen (14) day extension of the stay.  (ECF No. 24.)  The parties proffer they have engaged in fruitful settlement

1

negotiations and exchanged multiple settlement proposals. The parties further proffer they have reached majority agreement on the substantive terms, have drafted an agreement in principle, and seek additional time to complete discussion on "a few last remaining issues," and potentially seek formal approval of the settlement by appropriate representatives of the parties. The Court finds good cause to extend the stay of this action to allow the parties to finalize a settlement agreement.

Accordingly, pursuant to the parties' stipulation and finding good cause, IT IS HEREBY ORDERED that:

1. The stipulated motion to continue the stay (ECF No. 24) is GRANTED;
2. The stay of this matter shall be CONTINUED until **July 28, 2022**; and
3. The parties shall file a status report **within seven (7) days** after the expiration of the stay.

IT IS SO ORDERED.

Dated: **July 16, 2022**

_____
UNITED STATES MAGISTRATE JUDGE