TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

MICHAEL K. ROBERTSON
Trial Attorney (DC Bar)
Natural Resources Section
150 M Street NE
Washington, D.C. 20002
Tel: (202) 305-9609 / Fax: (202) 305-0506
michael.robertson@usdoj.com

*Attorney for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants. | Case No. 1:21-cv-00475-DAD-SAB <br><br> **STATUS REPORT PURSUANT TO SETTLEMENT AGREEMENT ECF NO. 26** |

Pursuant to Paragraph 9 of the settlement agreement entered into between Plaintiffs Center for Biological Diversity, Friends of the Earth, and Sierra Club, and Federal Defendants, the United States Bureau of Land Management ("BLM"), Debra Haaland in her official capacity as Secretary of the Interior, and Karen

Mouritsen in her official capacity as BLM California State Director, Federal Defendants are providing a semiannual report on the status of the supplemental analysis contemplated in the settlement agreement.

Federal Defendants report that the California Bureau of Land Management State Office continues to coordinate with the Bureau of Land Management Bakersfield Field Office ("BKFO") to address agreed upon conditions in the 2022 settlement agreement (Case No. (1:21-cv-00475-DAD-SAB). The BKFO determined additional staff and/or specialized contracting personnel will be required to accomplish a supplement to the BLM 2020 Lease Sale Environmental Assessment (EA) pursuant to the National Environmental Policy Act and is exploring how best to achieve these objectives. BLM plans to initiate the supplemental analysis once the necessary resources are allocated to the BKFO. In accordance with the settlement agreement terms BLM has deferred approval of any applications for permits to drill ("APD") on the seven leases challenged in this case.

Respectfully submitted this 1st day of March, 2024.

DATED: March 1, 2024

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

/s/ Michael K. Robertson
Michael K. Robertson, admitted to DC Bar
United States Department of Justice
150 M Street NE
Washington, D.C. 20002
Tel: (202) 305-9609
Fax: (202) 305-0506
michael.robertson@usdoj.gov

*Attorneys for Defendants*